# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>　　v.<br>Jose Enrique Alcauter-Guzman,<br><br>　　　　　　Defendant. | Case No. 2:19-cr-298-APG-NJK<br><br>**ORDER FOR THE PREPARATION OF A PRE-PLEA PRESENTENCE INVESTIGATION REPORT**<br><br>(ECF No. 22) |

　　　Defendant Jose Enrique Alcauter-Guzman's motion for a Pre-Plea Presentence Investigation Report **(ECF No. 22) is GRANTED**. The Probation Office shall prepare and provide to the parties a pre-plea Presentence Report by May 29, 2020.

　　　I FURTHER ORDER Alcauter-Guzman's counsel to provide a copy of this order to the Probation Office immediately.

　　　Dated:　April 3, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE