RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE NICHOLE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Jose Enrique Alcauter-Guzman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00298-APG-NJK |
|---|---|
| Plaintiff, | **STIPULATION REGARDING CHANGE OF PLEA AND SENTENCING HEARING** |
| v. | (First Request) |
| JOSE ENRIQUE ALCAUTER-GUZMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Jose Enrique Alcauter-Guzman, that the change of plea and sentencing hearings be held on the same date and time as the Calendar Call which is currently scheduled for June 9, 2020, at 8:45 am.

The Stipulation is entered into for the following reasons:

1. The parties have reached a plea agreement in which Mr. Alcauter-Guzman plans to plead guilty to the one-count Indictment (ECF No. 1), and the parties will recommend a sentence of time served.

2. In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations[1], and the District Court's Temporary General Orders,[2] the parties seek to schedule a hearing for the change of plea and sentencing at the same time to promote efficiency and to allow time for planning a hearing that complies with the CDC's recommendations and the District Court's Temporary General Orders.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation regarding a change of plea and sentencing hearing filed herein.

DATED this 3rd day of April 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html

[2] *See* Temporary General Orders 2020-03 and 2020-05.

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ENRIQUE ALCAUTER-GUZMAN,<br><br>Defendant. | Case No. 2:19-cr-00298-APG-NJK<br><br>**ORDER** |

IT IS ORDERED that the change of plea and sentencing hearing will be held on Tuesday, June 9, 2020 at the hour of 10:00 a.m. in Courtroom 6C

DATED this 6th day of April 2020.

                                                                UNITED STATES DISTRICT JUDGE